UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE UNITED PLANT AND PRODUCTION WORKERS LOCAL 175 BENEFITS FUND,<br><br>                Plaintiff,<br><br>                v.<br><br>K.S. CONTRACTING CORP., COLONIAL SURETY COMPANY, AMERICAN SAFETY CASUALTY INSURANCE COMPANY, AND PARESH SHAH,<br><br>                Defendants. | CIVIL ACTION:  12-CV-0561<br><br>NOTICE OF APPEARANCE |
| COLONIAL SURETY COMPANY,<br><br>                Defendant/Third-Party Plaintiff,<br><br>v.<br><br>BELABEN PATEL,<br><br>                Third-Party Defendant. | |

To the Clerk of this Court and all parties of record:

      Please enter my appearance as counsel in this action for Defemdamt/Third-Party Plaintiff, Coloial Surety Company.  I certify that I am an attorney at law admitted to practice before the United States District Court for the Eastern District of New York, and am an associate with the law firm of McElroy, Deutsch, Mulvaney & Carpenter, LLP.

                                            McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
                                            Attorneys for Defendant/Third-Party Plaintiff, Colonial Surety Company,

                                            By:   */s/ Scott A. Levin*

Dated:  April 15, 2012
        New York, New York
                                            Scott A. Levin
                                            88 Pine Street – 24th Floor
                                            New York, New York 10005
                                            (212) 483-9490