# CIVIL CAUSE FOR INITIAL CONFERENCE
**BEFORE: JUDGE FEUERSTEIN**

**DATE:** April 16, 2011  **TIME:** 11:00 A.M.  **TIME IN COURT:** 30 minutes

**CASE NUMBER:** CV-12-561-SJF-ARL

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT EDNY
★ APR 16 2012 ★
LONG ISLAND OFFICE

**CASE TITLE:** Trustees of the United Plant and Production Workers Local 175 Benefit Funds V. K.S. Contracting Corp. et al

**PLTFFS ATTY:** Vito Palmieri (via telephone)
  _X_ present   ___ not present
  **Robert Stefano**
  ___ present   _X_ not present

**DEFTS ATTY:** Scott Levine
  _X_ present   ___ not present
  **Paresh Shah (Pro Se)**
  _X_ present   ___ not present

**COURT REPORTER:** Dom Tursi

**COURTROOM DEPUTY:** Jasmine Major

_X_ CASE CALLED.

___ ARGUMENT HEARD / CONT'D TO _____.

_X_ ORDER ENTERED ON THE RECORD.

**OTHER:** Plaintiff's counsel directed to pay defendants costs for his failure to appear at the conference. A status conference is scheduled before Judge Feuerstein on May 1, 2012 at 11:15am