AO 441 (Rev. 07/10)  Summons on Third-Party Complaint (Page 2)

Civil Action No. 12-CV-0561

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Colonial Surety Company's cross-claims against defendants K.S. Contracting Corp. and Paresh Shah and third-party defendant, Bolaben Patel

was received by me on *(date)* Paresh Shah

☒ I personally served the summons on the individual at *(place)* US District Court, Eastern District of New York, 100 Federal Plaza, Central Islip, New York on *(date)* April 16, 2012 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Paresh Shah , who is designated by law to accept service of process on behalf of *(name of organization)* himself, individually, as well as his wife, Bolaben Patel, and as President of K.S. Contracting Corp. on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: April 16, 2012

*Server's signature*

Scott A. Levin, Counsel for Colonial Surety Company
*Printed name and title*

McElroy, Deutsch, Mulvaney & Carpenter, LLP
*Server's address*

Additional information regarding attempted service, etc: 88 Pine St. — 24th Floor, New York, New York 10005, (212) 483-9450

Colonial Surety Company's Summons on Third-Party Complaint, Answer, Cross-Claims and Third-Party Complaint Accepted on behalf of Paresh Shah, Bolaben Patel and K.S. Contracting Corp. by Paresh Shah

Dated: April 16, 2012

PARESH SHAH