UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRUSTEES OF THE UNITED PLANT and
PRODUCTION WORKERS LOCAL 175 BENEFIT
FUNDS,

                      Plaintiffs         **ORDER**
                                                                                      CV 12-561 (SJF)(ARL)

      -against-

K.S. CONTRACTING CORP., et al.,

                      Defendants.
------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the court is defendant Colonial Surety Company letter application dated June 5, 2013 seeking to compel the plaintiff to produce its 30(b)(6) witness for a deposition and requesting that discovery remain open until the completion of the deposition and any resulting follow-up discovery. Defendant American Safety Casualty Insurance Company joins in the application to compel plaintiff to produce its Rule 30(b)(6) witness for a deposition. Plaintiffs have not submitted a response in opposition to this application.

      Defendants' motion seeking to compel the plaintiff to produce its 30(b)(6) witness for deposition is granted. Counsel for plaintiff shall contact defense counsel by June 21, 2013 to arrange for a mutually convenient time to conduct the deposition. A scheduling order will be issued in a separate order.

Dated: Central Islip, New York               SO ORDERED:
       June 13, 2013

                                                            _____/s_____
                                                            ARLENE R. LINDSAY
                                                            United States Magistrate Judge